UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-13346 |
| | | CHAPTER 13 |
| STEPHEN L. HARRIS | | |
| KATHLEEN HARRIS | : | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF |
| | | UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916468 | $12.86 |

Creditor(s)
Citifinancial
474 Home Street
Suite B
Georgetown, Ohio 45121

                                              Respectfully submitted,

                                  /s/    Margaret A. Burks, Esq.
                                              Margaret A. Burks, Esq.
                                              Chapter 13 Trustee
                                              Attorney No. OH 0030377

                                              Francis J. DiCesare, Esq.
                                              Staff Attorney
                                              Attorney No. OH 0038798

                                              Karolina F. Perr, Esq.
                                              Staff Attorney
                                              Attorney No. OH 0066193

                                              600 Vine Street, Suite 2200
                                              Cincinnati, OH 45202
                                              (513) 621-4488
                                              (513) 621 2643 (Facsimile)
                                              mburks@cinn13.org - Correspondence only
                                              fdicesare@cinn13.org
                                              kperr@cinn13.org
                                              cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, January 20, 2010.

    /s/    Margaret A. Burks, Esq.
           Margaret A. Burks, Esq.

Citifinancial
474 Home Street
Suite B
Georgetown, Ohio 45121

Debtor(s) Counsel
GREGORY M. WETHERALL, ESQ.
4030 MT. CARMEL-TOBASCO
SUITE 122
CINCINNATI, OH  45255

Debtor(s)
STEPHEN L. HARRIS
KATHLEEN HARRIS
2427 WHITE OAK VALLEY RD.
HAMERSVILLE, OH  45130

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)